# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 4518 | **DATE** | 8/25/2010 |
| **CASE TITLE** | LVB-Ogden Marketing Corporation vs. Patrick L. McCourt, et al | | |

**DOCKET ENTRY TEXT**

For the reasons stated in open court, Plaintiffs LVB-Ogden, LLC and Transwestern Mezzanine Realty Partners II, LLC motions for summary judgment against Defendants David Bingham, Sharon Bingham, Frances Graham, Christopher Bingham, Cherish Bingham, Scott Bingham, Kelly Bingham, and Bingo Investments, LLC, who are jointly and severally liable, is granted. The Court awards LVB-Ogden $70,944,423.10, as detailed in LVB's Local Rule 56.1 Statement. The Court awards Transwestern $46,877,715.00, including interest and penalties, as detailed in Transwestern's Memorandum of Law in Support of its motions for summary judgment, plus attorneys fees and costs. Final Judgment order to be submitted.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | WAP |
|---|---|---|