# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|   |   |
|---|---|
| LVB-OGDEN MARKETING, LLC, | )<br>)<br>) |
| Plaintiff, | ) Case No. 09-CV-4518<br>) |
| v. | )<br>) Judge Harry D. Leinenweber |
| PATRICK L. MCCOURT, STEPHANIE J. MCCOURT, DAVID S. BINGHAM, SHARON BINGHAM, FRANCES P. GRAHAM, CHRISTOPHER G. BINGHAM, CHERISH BINGHAM a/k/a CHERISH BURGESS, SCOTT F. BINGHAM, KELLY BINGHAM, and BINGO INVESTMENTS, LLC, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER GRANTING PLAINTIFF LVB-OGDEN MARKETING, LLC'S MOTION TO REVIVE JUDGMENT

For the reasons discussed in Plaintiffs' moving papers and at the hearings held on September 12, 2017 and October 3, 2017, Plaintiffs' motion to revive the judgment previously entered against defendants David S. Bingham, Sharon Bingham, Frances P. Graham, Christopher G. Bingham, Cherish Bingham a/k/a Cherish Burgess, Kelly Bingham, and Bingo Investments LLC on September 29, 2010, is hereby GRANTED.

Dated: October 3, 2017

_____
Judge Harry D. Leinenweber

1

# CERTIFICATE OF SERVICE BY MAIL

I, Mary Beth Lopez, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Kirkland & Ellis LLP, 333 South Hope St., 29th Floor, Los Angeles, California 90071.

On October 3, 2017, I served the documents listed below on the interested parties in this action as follows:

1. **[PROPOSED] ORDER GRANTING PLAINTIFF LVB-OGDEN MARKETING, LLC'S MOTION TO REVIVE JUDGMENT**

☒ **[U.S. Mail]** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth herein. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

*SEE ATTACHED SERVICE LIST*

[X] (FEDERAL) I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 3, 2017, at Los Angeles, California.

                                              _____
                                              Mary Beth Lopez

# SERVICE LIST

Bingo Investments, LLC
15340 NE 92nd St.
Redmond, WA 98074

Cherish Bingham a/k/a Cherish Burgess
3200 80th Ave. NE
Hunts Point, WA 98004

Christopher G. Bingham
3200 80th Ave. NE
Hunts Point, WA 98004

Kelly Bingham
9820 Northeast 27th Street
Bellevue, WA 98004

Dale M. Foreman
Foreman, Appel, Hotchkiss & Zimmerman, PLLC
124 N. Wenatchee Ave., Suite A
Post Office Box 3125
Wenatchee, WA 98807-3125
*Counsel for Frances P. Graham*

David J. Stagman
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
*Counsel for David Bingham and Sharon Bingham*